# CERTIFICATE OF SERVICE

*MedTrade Inc., Transpacific Steel LLC and A.G. Royce Metal Marketing LLC (d/b/a Concrete Reinforcing Products) v. The United States, et. al.*, Court No. 19-00009

      I hereby certify on this 17th day of January, 2019, I have served a copy of the following documents via certified mail, return receipt requested, on the parties listed below, unless otherwise noted: Summons (Form 4), Complaint, Information Statement (Form 5), Notices of Appearance (Form 11), and Corporate Affiliations and Financial Interest (Form 13) on the following:

| | |
|---|---|
| Attorney-in-Charge<br>International Trade Field Office<br>Commercial Litigation Branch, Civil Division<br>Room 346<br>U.S. Department of Justice<br>26 Federal Plaza<br>New York, NY 10278 | Jeanne E. Davidson, Esq.<br>Civil Division<br>Commercial Litigation Branch U.S.<br>Department of Justice<br>P.O. Box 480<br>Ben Franklin Station<br>Washington, DC 20044 |
| Kevin K. McAleenan,<br>In His Official Capacity As Commissioner<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, D.C. 20229 | Scott K. Falk, Chief Counsel<br>Office of Chief Counsel<br>U.S. Customs and Border Protection<br>1300 Pennsylvania Ave., NW<br>Washington, D.C. 20229 |
| Donald J. Trump<br>In His Official Capacity As President of the United States<br>The White House<br>1600 Pennsylvania Avenue NW.,<br>Washington, DC 20500 | Pat Cipollone<br>White House Counsel<br>Executive Office of the President<br>1600 Pennsylvania Avenue NW.,<br>Washington, DC 20500 |
| Hon. Wilbur L. Ross, Jr.<br>In His Official Capacity As Secretary of Commerce<br>Office of the Secretary<br>U.S. Department of Commerce<br>14th Street and Constitution Ave., N.W.<br>Washington, D.C. 20230 | Peter Davidson, Esq.<br>General Counsel for the U.S. Dep't of Commerce<br>U.S. Department of Commerce<br>14th Street and Constitution Ave., N.W.<br>Washington, D.C. 20230 |
| Matthew G. Whitaker, Esq.<br>Acting Attorney General of the United States<br>U.S. Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-00001 | |

**/s/ Matthew M. Nolan**
Matthew M. Nolan