## UNITED STATES COURT OF INTERNATIONAL TRADE
## BEFORE: HONORABLE CLAIRE R. KELLY, JUDGE
## HONORABLE GARY S. KATZMANN, JUDGE
## HONORABLE JANE A. RESTANI, JUDGE

|  |  |
|---|---|
| MEDTRADE INC., TRANSPACIFIC STEEL LLC, AND A.G. ROYCE METAL MARKETING LLC,  *Plaintiffs*,  v.  THE UNITED STATES,  *Defendant*. | Court No. 19-00009 |

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that Plaintiffs Medtrade Inc. and A.G. Royce Metal Marketing LLC, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby withdraw their appeal in this action. Co-plaintiff Transpacific Steel LLC intends to continue litigating this action.

Dated: March 29, 2019

/s/ **Matthew M. Nolan**
Matthew M. Nolan

ARENT FOX LLP
1717 K Street, N.W.
Washington, DC 20006-5344
Telephone: (202) 857-6013
*Counsel for Medtrade Inc., Transpacific Steel LLC and A.G. Royce Metal Marketing LLC*

## Order of Dismissal

This action, having been voluntarily noticed for dismissal by Co-plaintiffs Medtrade Inc. and A.G. Royce Metal Marketing LLC, is dismissed with respect to Medtrade Inc. and A.G. Royce Metal Marketing LLC.

Dated: April 1, 2019

Clerk, U. S. Court of International Trade

By: /s/ Steve Taronji
Deputy Clerk