UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| **TRANSPACIFIC STEEL LLC,**<br><br>                **Plaintiff,**<br><br>**BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., ET. AL**<br><br>            **Intervenor Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES ET AL.,**<br><br>                **Defendants.** | Before: Claire R. Kelly, Gary S. Katzmann, and Jane A. Restani, Judges<br><br>Court No. 19-00009 |

## JUDGMENT

This case having been duly submitted for decision; and the court, after due deliberation, having rendered a decision herein; now therefore, in conformity with said decision it is hereby:

**ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Plaintiff and Plaintiff-Intervenors; and it is further

**ORDERED** that Proclamation No. 9772 of August 10, 2018, 158 Fed. Reg. 40,429 (Aug. 15, 2018) ("Proclamation 9772"), is declared unlawful and void; and it is further

**ORDERED** that United States Customs and Border Protection refund Plaintiff and Plaintiff-Intervenors the difference between any tariffs collected on its imports of steel products pursuant to Proclamation No. 9772 and the 25% ad valorem tariff that would

otherwise apply on these imports together with such costs and interest as provided by law.

      /s/ Jane A. Restani
   Jane A. Restani, Judge

      /s/ Claire R. Kelly
   Claire R. Kelly, Judge

      /s/ Gary S. Katzmann
   Gary S. Katzmann, Judge

Dated: July 14, 2020
       New York, New York