NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**TRANSPACIFIC STEEL LLC, BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., BORUSAN MANNESMANN PIPE U.S. INC., THE JORDAN INTERNATIONAL COMPANY,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, IN HER OFFICIAL CAPACITY AS SECRETARY OF COMMERCE,**
*Defendants-Appellants*

---

2020-2157

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00009-CRK-GSK-JAR, Senior Judge Jane A. Restani, Judge Claire R. Kelly, Judge Gary S. Katzmann.

---

### ON PETITION FOR PANEL REHEARING AND REHEARING EN BANC

―――――――――――――

Before MOORE, *Chief Judge*, NEWMAN, LOURIE, DYK, PROST, O'MALLEY, REYNA, TARANTO, CHEN, HUGHES, and STOLL, *Circuit Judges*.[*]

PER CURIAM.

### O R D E R

Borusan Mannesmann Boru Sanayi Ve Ticaret A.S., Borusan Mannesmann Pipe U.S. Inc., The Jordan International Company, and Transpacific Steel LLC filed a combined petition or panel rehearing and rehearing en banc. The petition was referred to the panel that heard the appeal, and thereafter the petition for rehearing en banc was referred to the circuit judges who are in regular active service.

Upon consideration thereof,

IT IS ORDERED THAT:

The petition for panel rehearing is denied.

The petition for rehearing en banc is denied.

The mandate of the court will issue on October 1, 2021.

FOR THE COURT

September 24, 2021　　　　/s/ Peter R. Marksteiner
　　　Date　　　　　　　　Peter R. Marksteiner
　　　　　　　　　　　　　Clerk of Court

―――――――

[*]　　Circuit Judge Cunningham did not participate.