# United States Court of Appeals for the Federal Circuit

---

**TRANSPACIFIC STEEL LLC, BORUSAN MANNESMANN BORU SANAYI VE TICARET A.S., BORUSAN MANNESMANN PIPE U.S. INC., THE JORDAN INTERNATIONAL COMPANY,**
*Plaintiffs-Appellees*

v.

**UNITED STATES, JOSEPH R. BIDEN, JR., IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, TROY MILLER, IN HIS OFFICIAL CAPACITY AS SENIOR OFFICIAL PERFORMING THE DUTIES OF THE COMMISSIONER FOR UNITED STATES CUSTOMS AND BORDER PROTECTION, DEPARTMENT OF COMMERCE, GINA M. RAIMONDO, IN HER OFFICIAL CAPACITY AS SECRETARY OF COMMERCE,**
*Defendants-Appellants*

---

2020-2157

---

Appeal from the United States Court of International Trade in No. 1:19-cv-00009-CRK-GSK-JAR, Judge Claire R. Kelly, Judge Gary S. Katzmann, Senior Judge Jane A. Restani.

---

**MANDATE**

---

  In accordance with the judgment of this Court, entered July 13, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

               FOR THE COURT

<u>October 1, 2021</u>       <u>/s/ Peter R. Marksteiner</u>
                Peter R. Marksteiner
                Clerk of Court