

UNITED STATES COURT OF INTERNATIONAL TRADE
ONE FEDERAL PLAZA
NEW YORK, NY 10278-0001

CHAMBERS OF
Claire R. Kelly
Judge

October 6, 2021

Matthew Mosher Nolan, Esq.
Aman Kakar, Esq.
Andrew Arthur Jaxa-Debicki, Esq.
Diana Dimitriuc-Quaia, Esq.
Friederike S. Goergens, Esq.
Jason Ranon Uri Rotstein, Esq.
John Marshall Gurley, Esq.
Leah N. Scarpelli, Esq.
Nancy Aileen Noonan, Esq.
Russell Andrew Semmel, Esq.
Arent Fox LLP
1717 K Street, NW
Washington, DC 20006-5344
Email:    matthew.nolan@arentfox.com
          aman.kakar@arentfox.com
          andrew.jaxa-debicki@arentfox.com
          diana.dimitriuc-quaia@arentfox.com
          friederike.goergens@arentfox.com
          jason.rotstein@arentfox.com
          john.gurley@arentfox.com
          leah.scarpelli@arentfox.com
          nancy.noonan@arentfox.com
          russell.semmel@arentfox.com

Julie Clark Mendoza. Esq.
Brady Warfield Mills, Esq.
Donald Bertrand Cameron, Esq.
Edward John Thomas , III, Esq.
Eugene Degnan, Esq.
Jordan L. Fleischer, Esq.
Mary Shannon Hodgins, Esq.
Rudi Will Planert, Esq.
Morris, Manning & Martin, LLP
1401 Eye Street, NW.
Suite 600
Washington, DC 20005-2204
    Email:    jmendoza@mmmlaw.com
                  bmills@mmmlaw.com
                  dcameron@mmmlaw.com
                  ethomas@mmmlaw.com
                  edegnan@mmmlaw.com
                  jfleischer@mmmlaw.com
                  mhodgins@mmmlaw.com
                  wplanert@mmmlaw.com

Lewis Evart Leibowitz, Esq.
The Law Office of Lewis E. Leibowitz
1400 16th Street, NW.
Suite 350
Washington, DC 20036
    Email:    lewis.leibowitz@lellawoffice.com

Stephen Carl Tosini, Esq.
Joshua Ethan Kurland, Esq.
Meen Geu Oh, Esq.
Tara Kathleen Hogan, Esq.
U.S. Department of Justice
Commercial Litigation Branch - Civil Division
P.O. Box 480
Ben Franklin Station
Washington, DC 20044
    Email:    stephen.tosini@usdoj.gov
                  joshua.e.kurland@usdoj.gov
                  Meen-Geu.Oh@usdoj.gov
                  tara.hogan@usdoj.gov

Court No. 19-00009 Page **3** of **3**

Donald Lee Crowell, III, Esq.
Of Counsel
U.S. Department of Commerce
Office of the General Counsel
1401 Constitution Avenue, NW.
Washington, DC 20230
Email:     dcrowell@doc.gov

    Re:     *Transpacific Steel LLC v. United States*
           Court No. 19-00009

Dear Counsel:

    We are in receipt of the mandate from the Court of Appeals in the above-referenced action. See Mandate, Oct. 1, 2021, ECF No. 84. The court will proceed to dismiss the case in accordance with the Court of Appeals' decision. The parties should inform the court in writing no later than Thursday, October 14, 2021 if there are any matters which require the court's attention prior to dismissal.

    /s/ Claire R. Kelly
    Claire R. Kelly, Judge

    /s/ Gary S. Katzmann
    Gary S. Katzmann, Judge

    /s/ Jane A. Restani
    Jane A. Restani, Judge