UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| TRANSPACIFIC STEEL LLC,<br><br>　　　　Plaintiff,<br><br>and<br><br>BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. ET AL.,<br><br>　　　　Plaintiff-Intervenors,<br><br>v.<br><br>UNITED STATES ET AL.,<br><br>　　　　Defendants. | Before: Claire R. Kelly,<br>Gary S. Katzmann, and<br>Jane A. Restani, Judges<br><br>Court No. 19-00009 |

## JUDGMENT

In accordance with the U.S. Court of Appeals for the Federal Circuit's ("Court of Appeals") decision in <u>Transpacific Steel LLC v. United States</u>, 4 F.4th 1306 (Fed. Cir. 2021), and the Court of Appeals' Mandate issued October 1, 2021, <u>see</u> ECF No. 84, and upon consideration of the parties' statements at the Status Conference held on November 22, 2021, <u>see</u> ECF No. 93, it is

**ORDERED, ADJUDGED, and DECREED** that judgment is entered in favor of Defendants; and it is further

**ORDERED** that Plaintiff and Plaintiff-Intervenors (collectively, "Plaintiffs") shall return to Defendants all monies that were refunded to Plaintiffs by Defendants pursuant to the court's July 14, 2020 judgment order, <u>see</u> Judgment, July 14, 2020, ECF No. 66; and it is further

**ORDERED** that Defendants shall take any actions necessary to comply with this Judgment and to receive such funds from Plaintiffs; and it is further

**ORDERED** that the parties shall confer to establish, to the extent necessary, any procedures necessary to effectuate the return of funds in accordance with this Judgment, and shall, within 14 days of the date of this Judgment, submit a joint status report regarding the parties' efforts to comply with this Judgment.

/s/ Claire R. Kelly
Claire R. Kelly, Judge

/s/ Gary S. Katzmann
Gary S. Katzmann, Judge

/s/ Jane A. Restani
Jane A. Restani, Judge

Dated:   November 22, 2021
         New York, New York