## UNITED STATES COURT OF INTERNATIONAL TRADE

BEFORE:  THE HONORABLE GARY S. KATZMANN, JUDGE
         THE HONORABLE CLAIRE R. KELLY, JUDGE
         THE HONORABLE JANE A. RESTANI, SR. JUDGE

| | |
|---|---|
| TRANSPACIFIC STEEL LLC, | ) |
| Plaintiff, | ) |
| and | ) |
| BORUSAN MANNESMANN BORU SANAYI VE TICARET A.Ş. *ET AL.*, | ) Court No. 19-00009 |
| Plaintiff-Intervenors, | ) |
| v. | ) |
| UNITED STATES, *ET AL.*, | ) |
| Defendants. | ) |

## **JOINT STATUS REPORT**

Pursuant to this Court's Judgment dated November 22, 2021, the parties provide the following joint status report.

This Court's Judgment ordered that Plaintiff and Plaintiff-Intervenors (collectively Plaintiffs) "shall return to Defendants all monies that were refunded to Plaintiffs by Defendants pursuant to the court's July 14, 2020 judgment order" and that "Defendants shall take any actions necessary to comply with this Judgment and to receive such funds from Plaintiffs." Dkt. No. 94.

Since the issuance of the Judgment on November 22, 2021, the parties have been cooperating regarding the repayment of refunds. Defendants have informed Plaintiff Transpacific Steel and Plaintiff-Intervenor Jordan International that their entries are expected to be reliquidated on or about December 3, 2021 and that CBP would issue bills to each of the

respective importers.  Defendants have also advised Plaintiff-Intervenors Borusan Manesmann Pipe US Inc., (BMP) and Borusan Mannesmann Boru Sanayi (BMB) of the procedure required to correct their entry summaries and repay the refunds.  Plaintiff-Intervenors BMB and BMP are working with Defendants to fully comply with the Court's November 22, 2021 judgment and are working towards the completion of the repayment as soon as practicable.  Counsel for BMB and BMP are working in cooperation with Defendants' counsel to clarify the procedures that will be followed to allow for the repayment of the previously refunded section 232 duties on their entries, all of which remain unliquidated.  Defendants' counsel have also provided a list of the 279 entries for which repayment will be required and BMB and BMP are now reconciling that list with their own records.  Counsel have had several detailed e-mail exchanges and held a conference call December 2, 2021 to review and clarify the procedures for repaying the additional 25 percent tariffs.  Counsel to BMB and BMP has also conferred with BMB and BMP personnel and their Customs broker to ensure that the process is clearly understood.

        The parties will notify the Court when repayment has been completed.

Respectfully submitted,

/s/ Matthew M. Nolan
Matthew M. Nolan
Nancy A. Noonan
Diana Dimitriuc Quaia
Leah Scarpelli
Aman Kakar
**Arent Fox LLP**
1717 K Street, NW
Washington, DC 20006-5344
202-857-6013
*Counsel to Transpacific Steel LLC*

/s/ Julie C. Mendoza
Julie C. Mendoza
Donald B. Cameron
R. Will Planert
Brady W. Mills
Mary S. Hodgins
Edward J. Thomas
**Morris, Manning & Martin, LLP**
1401 Eye Street, NW.
Suite 600
Washington, DC 20005-2204
*Counsel to Borusan Mannesmann Boru Sanayi ve Ticaret A.S. and Borusan Mannesmann Pipe U.S. Inc.*

/s/ Lewis E. Leibowitz
Lewis E. Leibowitz
**The Law Office of Lewis E. Leibowitz**
1400 16th Street, NW.
Suite 350
Washington, DC 20036
*Counsel to The Jordan International Company*

Dated: December 3, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

PATRICIA M. McCARTHY
Director

/s/Tara K. Hogan
TARA K. HOGAN
Assistant Director

/s/Aimee Lee
AIMEE LEE
Assistant Director
Department of Justice
Civil Division
Commercial Litigation Branch
26 Federal Plaza, Room 346
New York, NY 10278
Tel: (212) 264-9253
*Attorneys for Defendants*